IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:18-cv-00054-FL

| | |
|---|---|
| AUSTIN RUTH SLAYDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

This matter is before the court on plaintiff's motion for attorney fees (DE 37). Plaintiff requests a total of $5,329.21 in fees. The court agrees with defendant that the fees defendant seeks to exclude are excessive or noncompensable clerical work, with the exception of the 0.6 hours expended by plaintiff's attorney to draft plaintiffs' pleadings. Accounting for the exclusion of the hours identified, plaintiff's fees are reduced by $1,239.50, resulting in a fee award of $4,089.71. Accordingly, the motion is GRANTED IN PART and plaintiff is awarded fees in the amount of **$4,089.71,** under the Equal Access to Justice Act (28 U.S.C. §2412(c) and (d)), paid to plaintiff's attorney if there is no debt that is subject to offset under the Treasury Offset Program (31 U.S.C. §3716). If there is such a debt any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

SO ORDERED, this the 6th day of December, 2019.

LOUSIE W. FLANAGAN
United States District Judge