UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

AUSTIN RUTH SLAYDON,　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　**JUDGMENT**
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　No. 7:18-CV-54-FL
ANDREW SAUL, Commissioner of　　　　)
Social Security,　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　　)

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney fees and defendant's stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 6, 2019, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $4,089.71.

**This Judgment Filed and Entered on December 6, 2019, and Copies To:**
Russell R. Bowling  (via CM/ECF Notice of Electronic Filing
Cassia W. Parson / Joshua B. Royster  (via CM/ECF Notice of Electronic Filing)

December 6, 2019　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　 /s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk